UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:08cv1713 TCM ) |
| TREINNEA HARRIS, d/b/a IDD, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant, **Treinnea Harris, d/b/a IDD, Inc.**, on **December 15, 2008**.

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in the dismissal without prejudice of this action.

Dated this 29th day of January , 2009.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE