UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., ) ) ) Plaintiffs, ) v. ) ) ) TREINNEA HARRIS, d/b/a IDD, INC., ) ) Defendant. ) | Case No. 4:08cv1713 ~~TCM~~ HeA |

## JUDGMENT

Plaintiffs filed this action to recover, <u>inter alia</u>, delinquent contributions and liquidated damages allegedly owed to the plaintiff employee benefit funds pursuant to 29 U.S.C. §§185 and 1132. Plaintiffs also seek to recover attorneys' fees, accounting fees, and costs incurred in this action. Defendant was served with the summons and complaint on December 15, 2008.

Plaintiffs' accountants conducted a payroll examination of defendant's records for the period of July 1, 2006 though January 31, 2008. The examination reflects that $8,802.90 is owed in delinquent contributions. In addition, pursuant to the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), plaintiffs are owed $1,829.42 in liquidated damages and $764.77 in interest. Moreover, defendant owes an additional $4,869.27 in liquidated damages for hours that were untimely reported from January 2007 through October 2007.

Also, the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), require defendant to pay plaintiffs' attorneys' fees, accounting fees, and costs. Plaintiffs have incurred or will have incurred $1,300.00 in payroll examination fees, $1,146.50 in attorneys' fees and $537.75 in court costs and fees.

Based on the evidence presented, the Court finds that the services performed by

plaintiffs' accountants and attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

The total amount owed by defendants to plaintiffs during this time period is $19,250.61.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs shall recover from defendant Treinnea Harris d/b/a IDD, Inc. the total of $19,250.61.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date: March 30, 2009