UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Greater St. Louis Construction Laborers Welfare Fund, et al.,** | ) ) ) |
| Plaintiffs, Judgment Creditors, | ) Case No. 4:08 CV 1713 JCH ) |
| vs. | ) ) |
| **Treinnea Harris, d/b/a IDD, INC.,** | ) ) |
| Defendant/Judgment Debtor. | ) |

### CLERK'S ORDER

This matter is before the clerk of court upon a motion by Plaintiffs for appointment of a special process server pursuant to F.R. Civ. P. 4.1(a).

**IT IS HEREBY ORDERED** that plaintiffs' motion to appoint Frederick Investigations, Inc. as a private process server for service upon garnishee City of St. Louis, Missouri [Doc. #20] is **GRANTED**.

Dated this 29th day of September, 2010.

James G. Woodward, Clerk of Court